UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRANDON LEE SCROGGIN, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | CASE NO. 3:20-CV-663-RLM |
| ) | |
| DANIEL DIAZ, et al., ) | |
| ) | |
| *Defendants* ) | |

ORDER

Brandon Lee Scroggin, a plaintiff without a lawyer, was ordered to show cause why this case should not be dismissed for failure to prosecute or for failure to comply with a court order. Fed. R. Civ. P. 41(b). The court ordered Mr. Scroggin to show cause after holding telephonic scheduling conferences on November 21 and December 7, neither of which Mr. Scroggin attended. The court cautioned Mr. Scroggin that his case would be dismissed without further notice if he did not respond to the order to show cause by December 28, 2022. He didn't respond by that time.

For these reasons, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

ENTERED:  January 9, 2023

/s/ Robert L. Miller, Jr.
Judge, United States District Court