# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BRANDON LEE SCROGGIN

                Plaintiff
   v.                                          Civil Action No. 3:20-cv-663

DANIEL DIAZ
*Correctional Officer / Lieutenant*

Q LIVERS
*Correctional Officer / Sergeant*

ARMSTRONG
*Mr., Correctional Officer / Captain*

ANGENEA WILLIAMS
*Correctional Officer, individual and official capacity*
*TERMINATED: 08/24/2022*

CONNIE BYERS
*Case Manger, individual and official capacity*
*TERMINATED: 02/01/2021*

CORONET
*Ms., Investigator Prior / Director of G.S.C. Complex, individual and official capacity*
*TERMINATED: 02/01/2021*

JAMES HENRICH
*Correctional Officer / Sergeant, individual and official capacity*

GALIPEAU
*Mr., Warden of Westville Correctional Facility, individual and official capacity*
*TERMINATED: 02/01/2021*

                Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Robert L. Miller, Jr.

DATE:  01/09/2023                    GARY T. BELL, CLERK OF COURT

by      s/J. Barboza
   *Signature of Clerk or Deputy Clerk*